Hello, Counsel. We are here on Case No. 5, Patel v. 7-Eleven, Appeal No. 20-2225. We've been apprised that the appeal may either have been settled or dismissed. Ms. Liz Reardon, let me recognize you first. Yes, thank you, Your Honor. Yes, this appeal has been dismissed. Is that a voluntary dismissal under Federal Rule of Appellate Procedure 42B? Yes. And Mr. Leon, on behalf of 7-Eleven, you agree with the dismissal? Yes, Your Honor. We've consented to the opponent's request to dismiss the appeal. Very good. We'll ask then under FRAP 42B that counsel submit the dismissal agreement specifying how costs are to be paid and pay any fees that are incurred under FRAP 42B. Ms. Reardon, you have 10 days. Yes, Your Honor. In fact, I believe that's happened this morning already. Oh, very good. Anything else for the record, Ms. Liz Reardon? No, Your Honor. Mr. Leon? Not from us, Your Honor. All right. Thank you to both counsel. Thank you. Thank you.